**Order entered January 7, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01122-CV

### IN THE INTEREST OF M.D., A CHILD, Appellant

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 86664**

## ORDER

Before the Court is appellee's January 2, 2020 motion for an extension of time to file its

brief on the merits.  We **GRANT** the motion.  We **ORDER** the brief tendered to this Court by

appellee on January 3, 2019 filed as of the date of this order.


/s/     BILL WHITEHILL
        JUSTICE